# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| NORTHSTAR RECYCLING COMPANY, INC., | ) CASE NO. 2:24-CV-1936 <br> ) <br> ) JUDGE EDMUND A. SARGUS <br> ) <br> ) MAGISTRATE JUDGE CHELSEY M. <br> ) VASCURA <br> ) <br> ) <br> ) **AFFIDAVIT OF SARAH J. SCHNEIDER** <br> ) |
| Plaintiff, | |
| vs. | |
| JT ENVIRO, LLC, | |
| Defendant. | |

STATE OF OHIO      )
                   ) ss:
CUYAHOGA COUNTY    )

Now comes Sarah J. Schneider who, being first duly sworn according to law, deposes and says that she is counsel of record for Plaintiff Northstar Recycling Company, Inc. ("Northstar") and further states as follows on personal knowledge and review of the records of her firm related to this case:

1. On April 22, 2024, Northstar filed its Complaint (Doc. No. 1).

2. As arranged by my law firm, Defendant JT Enviro, LLC ("JT Enviro") was served with the Summons and Complaint on May 28, 2024, by certified mail (Doc. No. 7).

3. Accordingly, pursuant to Fed. R. Civ. P. 12(a)(1) and the Court's docket entry (Doc. No. 7), the Answer or other response of JT Enviro to the Complaint was due on or before June 18, 2024.

4. JT Enviro has engaged a consultant who is also an attorney, who received a copy of the Complaint; however, he indicated he was not acting as JT Enviro's counsel and did not know who was.

5. My firm is not aware of any attorney representing JT Enviro in this action.

6. My firm has received no contact from any representative of JT Enviro in response to the Complaint, and there has been no request for an extension of time to respond.

7. As of today's date, Northstar has not been served with an Answer or other response by JT Enviro to its Complaint. Moreover, JT Enviro has not sought or been granted an extension of time in which to respond.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Sarah J. Schneider

SWORN TO BY ME, and subscribed in my presence, this 20th day of June, 2024.

_____
Notary Public

Blake Andrews Gallese
Notary Public, State of Ohio
My Commission Expires:
9/8/26

2

24550410 v1